*David R. Scott* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:
Judgment affirmed.
Mr. Justice COHEN took no part in the decision of this case.

## Commonwealth *v.* Harley, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Morton B. Weinstein,* for appellant.

*Esther R. Sylvester* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:
Judgment affirmed.
Mr. Justice COHEN took no part in the decision of this case.